**AMENDED COPY ADDING JOINDER PLAINTIFF YOLANDA WILCOX, TRUSTEE OF THE NOW IRREVOCABLE HOWARD WILCOX REVOCABLE TRUST**

**U.S. District Court**
**District of Connecticut (New Haven)**
**CIVIL DOCKET FOR CASE NO. 3:26-cv-00726-SFR**

Plaintiff
Yolanda Wilcox, Trustee
Of the now Irrevocable
Howard Wilcox Revocable Trust
Dated October 29, 2018

Plaintiff
Belinda Khaghan, Sole Beneficiary/Trustor
Of the now Irrevocable
Howard Wilcox Revocable Trust
Dated October 29, 2018

**Case 3:26-cv-00726-SFR**

**Defendant**
CEO Abigail Johnson of
Fidelity Investments, Fidelity

**PARTIES Plaintiff's**

1. Belinda Khaghan is a citizen of United States who
(Plaintiff)

presently resides at 94 Southfield Avenue, Apt 204, Stamford, Connecticut 06902.

2. Yolanda Wilcox, Trustee is a citizen of United States who
(Plaintiff)

presently resides at 1552 Golden Ridge Drive, The Villages, Florida 32162.

**PARTY Defendant**

1. CEO Abigail Johnson of Fidelity Investments, Fidelity is a citizen of United States

Corporate Headquarters presently at 245 Summer Street, Boston, Massachusetts 02210.

## B. JURISDICTION

I, Yolanda Wilcox am the Trustee of the now Irrevocable Howard Wilcox Revocable Trust dated October 18, 2028. My daughter Plaintiff Belinda Khaghan (nee Wilcox) is now the Sole/Beneficiary and Trustor of the Now Irrevocable Howard Wilcox Revocable Trust dated October 29, 2018. Plaintiff Belinda Khaghan is the sole beneficiary and the daughter of the late Howard Wilcox who died on September 8, 2024. I, As Trustee am a joinder plaintiff on the now Yolanda Wilcox, Trustee of the now Irrevocable Howard Wilcox Revocable Trust date October 29, 2018 and Plaintiff Belinda Khaghan (nee) Wilcox v CEO Abigail Johnson of Fidelity Investments, Fidelity. CEO Abigail Johnson of Fidelity Investments, Fidelity holds the highest role as CEO.

I, Trustee/Plaintiff Yolanda Wilcox and the late father of Plaintiff Belinda Khaghan daughter, spoke regularly. He confided in me and only to me which he was the Trustor/Trustee during his entire lifetime that he declared on the now Irrevocable Howard Wilcox Revocable Trust that our daughter Belinda Khaghan (nee Wilcox) was Inheriting fifty percent share (50%) beneficiary ownership of the one hundred percent share (100%) individual ownership of the Now Irrevocable Howard Wilcox Revocable Trust, Including but not limited to his Fidelity Investments, Fidelity Accounts Individual ownership her late father Howard Wilcox during his lifetime was Trustor/Trustee until the date of his death in the now Irrevocable Howard Wilcox Revocable Trust that he personally signed and dated the 29th of October 2018.

With sadness the late Howard Wilcox died on September 8, 2024. I, Yolanda Wilcox as, trustee of the now Irrevocable Howard Wilcox Revocable Trust and (also being his ex-wife) his Social Security Number when he was alive was 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 and his date of birth was August 26, 1939. CEO Abigail Johnson of Fidelity Investments, Fidelity has delayed the release of my daughter, Sole Beneficiary/Trustor, Belinda Khaghan her Inherited fifty percent share (50%) beneficiary ownership of the one hundred percent share (100%) ownership in respect to her late father Howard Wilcox trustor/trustee during his lifetime until the date of his death in the now Irrevocable Howard Wilcox Revocable Trust that he personally signed and dated the 29th of October 2018 of which I, Yolanda Wilcox am Trustee and the mother of Belinda Khaghan (nee Wilcox) now the Sole Beneficiary/Trustor of the now Irrevocable Howard Wilcox Revocable Trust.

In November 2024 The Fidelity Accounts Portfolio of her late father Howard Wilcox totaled over $2.4 Million Dollars in thousands of shares of Stock Equities etc. He was a faithful customer of Fidelity Investments, Fidelity for over 30 years. Accumulating a large portfolio during his entire lifetime. Within the years and his extensive knowledge of the Stock Market he accumulated this vast Portfolio, we spoke most recently to his death on September 8, 2024 and beforehand he was still assisting me with my Financial Portfolio.

My daughter Belinda Khaghan, now the Sole Beneficiary/Trustor has provided the CEO Defendant a certified copy with seal of the Death Certificate of her late father Howard Wilcox September 8, 2024 the date of his death. A copy of her Birth Certificate August 7, 1936, which shows I am her parent/mother and the late Howard Wilcox her parent/father. she many times has provided a copy her Social Security Card clearly shows her legal name Belinda Khaghan 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. As her mother/parent, Belinda Wilcox is her birth and maiden name and her father /parent the late Howard Wilcox named our daughter clearly as Belinda Wilcox in the now Irrevocable Howard Wilcox Revocable Trust dated October 29, 2018.

Abigail Johnson is the Chief Financial Officer of Fidelity Investments, Fidelity. Ms. Johnson is one of the top 100 richest woman in the United States. I, Yolanda Wilcox as Trustee per the May 12, 2026 Certificate of Trustee of the now Irrevocable Howard Wilcox Revocable Trust dated October 29, 2018, I have the authority to request the immediate release for Plaintiff, Belinda Khaghan, now Sole Beneficiary/Trustor of the Inherited fifty percent share (50%) beneficiary ownership of the one hundred percent share (100%) ownership of in respect to her late father Howard Wilcox Trustor/Trustee during his lifetime until the date of his death in the now Irrevocable Howard Wilcox Revocable Trust that he personally signed and dated the 29th of October 2018.

The delay and release of the Inheritance of my daughter has been brought to the attention of the CEO Defendant. She is knowingly and willingly allowing the mistreating and disguising of the financial accounts that my daughter Belinda Khaghan inherited from her deceased father Howard Wilcox, Trustor/Trustee date of death September 8, 2024 his individual accounts at Fidelity Investments, Fidelity.

Defendant has been complicit with her resources and by providing the means of permitting wrongful access to the financial accounts of the inheritance of my daughter Belinda Khaghan Inherited fifty percent share (50%) beneficiary ownership of the one hundred percent share (100%) ownership of in respect to her late father Howard Wilcox Trustor/Trustee during his lifetime until the date of his death in the now Irrevocable Howard Wilcox Revocable Trust that he personally signed and dated the 29th of October 2018. With funneling of the securities, monies etc. disguising through different impressions of the title, routing number and account number.

The constant cycle of the movement of the securities and the monies through their brokerage. Routing the transfers by countless shell companies, holding companies, llc's, llp's, domestic and foreign etc. at times with fictitious accounts with fictitious titles.

The longer the delay of the length of time that the fifty percent share (50%) of beneficial ownership of my daughter Belinda Khaghan, the Trustor, her inheritance remains in Fidelity Investments, Fidelity the longer her inheritance is vulnerable to the illicit activity.

C. Cause of Action

Claim I

CEO Abigail Johnson of Fidelity Investments, Fidelity has held and is stalling and delaying refusing to release of Belinda Khaghan, my daughter, her Inherited fifty percent (50%) share beneficial ownership of the one hundred percent 100% Individual ownership of the including but not limited to the Individual Fidelity Investments Accounts Portfolio with respect of the death of her late father Howard Wilcox who died on September 8, 2024.

My late father was a loyal client, he held his Investments at Fidelity for over 20 years accumulating a large portfolio with thousands of shares of stock equities etc. On November 15, 2024 the Individual Fidelity Investments Accounts Portfolio of her late father Howard Wilcox date of death September 8, 2024 totaled over $2,400,00 ($2.4 Million Dollars). This continued farce of a different dead Howard Wilcox is illegal. The parties who are attempting such fraud will be held accountable,

As Trustee, authorizing that Defendant CEO Abigail Johnson of Fidelity Investments, Fidelity provide Including past or present of any duplicating, substituting, transferring, exchanging, reproducing, imitating, sold or resold, traded, bartered, used as collateral, leverage of any Security Equities at Fidelity Investments, Fidelity in respect to her late father Howard Wilcox Social Security Number 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 or if Fidelity Investments, Fidelity.

(AAPL) Apple.com Stock Equities

Sold or resold of any Security Equities in (AAPL) Apple.Com Stock individually or jointly with any other individual or entity resembling, including taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with respect to her deceased father Howard Wilcox Date of Death September 8, 2024.

(SPY) Spdr S&P 500 ETF Equities

Sold or resold of any (SPY) Spdr S&P 500 ETF Security Equities in Stock individually or jointly with any other individual or entity resembling, including taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with respect to her deceased father Howard Wilcox Date of Death September 8, 2024.

(AMZN) Amazon.com Stock Security Equities

Sold or resold of any (AMZN) Amazon.Com Security Equities in Stock individually or jointly with any other individual or entity resembling, also with and including taxes, all tax returns, along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with respect to her deceased father Howard Wilcox Date of Death September 8, 2024.

(VYM) Vanguard Whitehall Security Equities
Sold or resold of any (VYM) Vanguard Whitehall Security Equities in Stock individually or jointly with any other individual or entity resembling, including taxes, tax returns along with likeness, faulty, miscalculating, fallacious domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with the respect to her deceased father Howard Wilcox Date of Death September 8, 2024.

(RTX) RTX Corporation Stock Security Equities

Sold or resold of any (RTX) RTX Corporation Security Equities in Stock individually or jointly with any other individual or entity resembling, including taxes, tax returns along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with the respect to her deceased father Howard Wilcox Date of Death September 8, 2024.

(OKE) OneOK, Inc. Stock Security Equities

Sold or resold of any (OKE) OneOK, Inc. Security E Equities in Stock individually or jointly with any other individual or entity resembling, including taxes, tax returns along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with the respect to her deceased father Howard Wilcox Date of Death September 8, 2024.

(ABBV) Abbvie, Inc Stock Security Equities

Sold or resold of any (ABBV) Abbvie Inc. Security Equities in Stock individually or jointly with any other individual or entity resembling, including taxes, tax returns along with likeness, faulty, miscalculating, fallacious, domestic or foreign pertinent in addition to whether past or present together with any other information relating or referring with the respect to her deceased father Howard Wilcox Date of Death September 8, 2024.

May 11, 2026 Belinda Khaghan,Sole Beneficiary/Trustor Appointment of Trustee, Appointing I, Yolanda Wilcox as Trustee for the now Irrevocable Howard Wilcox Revocable Trust dated October 29, 2018. My daughter Belinda Khaghan, Trustor personally Signed, on Dated May 11, 2026 and was also personally witnessed and signed by her cousin Joanne Young and her husband Daniel Young and notarized with all present on May 11, 2026.

May 12, 2026 Certificate of I, Trustee Yolanda Wilcox notarized, signed and dated, Trustee for the now Irrevocable Howard Wilcox Revocable Trust on the 29th day of October 2018 for her Inherited fifty percent share (50%) beneficiary ownership of the one hundred percent share (100%) individual ownership during his lifetime trustor/trustee until the date of his death September 8, 2024.

TOD on November 15, 2024 for the Individual Fidelity Investments Account Portfolio one hundred percent (100%) Individual ownership of the father Howard Wilcox which includes but is not limited to her Inherited fifty percent share (50%) beneficial ownership of the 100% Individual Ownership he held in thousands of shares of securities equities totaling over $2.4 Million Dollars.

Exhibits- March 3, 2026 Affidavit Instrument # 2026081987, 12 Page(s) filed at Victor D. Crist, Clerk of Circuit Court, Hillsborough County, Florida Untainted Declarations, Conveyances and Recitals confirming her beneficial ownership fifty percent share (50%) of her inheritance in respect of the one hundred percent (100%) ownership during his lifetime until the date of his death, of her late father Howard Wilcox September 8, 2024 Date of Death, Social Security Number 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 and date of birth was August 26, 1939. I was present on February 26, 2026 and March 3, 2026 with my daughter Belinda Khaghan at the Victor D. Crist, Clerk of Circuit Court, Hillsborough County, Florida. Fidelity Investments, Fidelity TOD November 15, 2024 $2,455,024.05 for the late Howard Wilcox Social Security Number 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, Date of Death September 8, 2024 the Individual Portfolio Accounts **including but not limited to** Apple Stock Equities, Abbvie Stock Equities, Amazon Stock Equities, Oneok Stock Equities Spy Stock Equities, VYM Stock Equities, RTX Stock Equities as of November 15, 2024, father of Belinda Khaghan (nee Wilcox) **The late Howard his date of death September 8, 2024. Social Security Number 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.**

A. REQUEST FOR RELIEF

WHEREFORE, plaintiffs demands:

As, Trustee Yolanda Wlcox of the now Irrevocable Howard Wilcox Revocable Trust dated October 29, 2018 of the late Howard Wilcox, who died on September 8, 2024. I am the parent/mother and the late Howard Wilcox was the parent/father, both being parents of Belinda Khaghan (nee Wilcox) . I was also the ex-wife of the late Howard Wilcox and was made privy by the late Howard Wilcox as to the now Irrevocable Howard Wilcox Revocable Trust dated October 29, 2018. I respectfully request to the court to order that the highest held Officer CEO Abigail Johnson of Fidelity Investments, Fidelity authorize the release of the inheritance of my daughter Belinda Khaghan (nee Wilcox) Daughter of her father the late Howard Wilcox of her Inherited fifty percent (50%) share beneficial ownership including but not limited to thousands of share of securities equities etc. of the 100% Individual ownership of the Individual Fidelity Accounts Portfolio which with respect were held by her late father Howard Wilcox on the of date of his death totaling over $2.4 Million Dollar. The Social Security Number of her late father Howard Wilcox was 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 and his date of Birth was August 26, 1939.

AS, To release all documents and communications, llc, llp, partnership, ltd, shell, holding, holdings companies, distributions, expenses, deductions, financial statements, etc. any taxes (which all taxes result in tax consequences and all tax returns result in tax consequences) any deeds of any kind, mortgages, satisfaction of mortgages, property taxes, HOA, assignment of mortgages, use as collateral, liens etc. or any individuals including individually and/or jointly and any entities accurate, whether with modifications, alterations, revisions, changes complete or incomplete, however produced or reproduced, including relating or referring to all and anything hand written, printed, or typed whether oral, electronic, by document or otherwise whether in a meeting, by telephone, facsimile, email (desktop or mobile) text message by mobile, instant message, MMS or SMS message, regular mail, UPS, Federal Express, DHL Domestic or Foreign, telexes that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, whether fabricating, as well as resembling, along with likeness, faulty, fallacious, directly or indirectly is pertinent in addition to whether past or present sold or resold, bartered, traded, bought, foreign and domestic etc

JURY DEMAND

Do you wish to have a jury trial? Yes No X

---

DECLARATION UNDER PENALTY OF PERJURY

**The undersigned's declare under penalty of perjury that Yolanda Wilcox (Plaintiff) and (Belinda Khaghan (nee Wilcox) Plaintiff in the above action, that we have both read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.**

**June 11, 2026**

BelinDA Khaghan

Printed Name Plaintiff's Signature

Belinda Khaghan, Sole Beneficiary/Trustor
Of the now Irrevocable Howard Wilcox Revocable Trust
dated October 29, 2018
94 Southfield Avenue
Apt 204
Stamford, Connecticut 06902

Yolanda Wilcox

Printed Name Plaintiff's Signature

Yolanda Wilcox, Trustee
Of the now Irrevocable Howard Wilcox Revocable Trust
Dated October 29, 2018
1552 Golden Ridge Drive
The Villages, Florida 32162

Certificate of Service, We hereby certify that on June 11, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self represented parties unable to accept electronic filing through the Court's CM/ECF System.

Belinda Khaghan Sole Beneficiary/Trustor
Of the now Irrevocable Howard Wilcox Revocable Trust
Dated October 29, 2018
XXAABB@PROTONMAIL.COM
650-441-2746

Yolanda Wilcox, Trustee
Of the now Irrevocable Howard Wilcox Revocable Trust
Dated October 29, 2018
CIARA19416@GMAIL.COM
352-753-4840

Fidelity

# Positions

< Accounts

# All accounts

Overview Dividend View Fund Performance Closed Positions

As of Nov-15-2024 at 7:20 p.m. ET

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPAXX HELD IN MONEY MAR... | | | | | | | $7,627.10 | 0.35% | | | | |
| AAPL APPLE INC | $225.00 | -$3.22 | -$9,721.05 | -1.42% | +$468,593.28 | +222.42% | $679,265.55 | 31.44% | 3,018.958 | $69.78 | $210,672.27 | $164.08 $237.49 |
| ABBV ABBVIE INC COM USD... | $164.99 | -$4.64 | -$6,497.01 | -2.74% | +$90,265.42 | +64.12% | $231,021.63 | 10.69% | 1,400.216 | $100.52 | $140,756.21 | $136.30 $207.32 |
| AMZN AMAZON.COM INC | $202.61 | -$8.87 | -$8,870.00 | -4.20% | +$59,925.00 | +41.99% | $202,610.00 | 9.38% | 1,000 | $142.69 | $142,685.00 | $139.52 $215.90 |
| OKE ONEOK INC COM USD... | $109.81 | +$1.93 | +$2,016.85 | +1.78% | +$45,182.68 | +64.94% | $114,751.45 | 5.31% | 1,045 | $66.57 | $69,568.77 | $64.68 $110.05 |
| SPY SPDR S&P500 ETF TR... | $585.75 | -$7.60 | -$9,039.16 | -1.29% | +$343,370.23 | +97.18% | $696,668.79 | 32.25% | 1,189.362 | $297.05 | $353,298.56 | $448.12 $600.17 |
| VYM VANGUARD WHITEHA... | $130.70 | -$0.43 | -$751.18 | -0.33% | +$40,976.15 | +21.87% | $228,321.92 | 10.57% | 1,746.916 | $107.24 | $187,345.77 | $104.23 $133.45 |
| Account Total | | | $32,861.55 | -1.50% | +$1,048,312.76 | +94.93% | $2,160,266.44 | | | | | |

Securities Priced Today **$32,861.55**
Securities Not Priced Today **$0.00**

Some securities, such as mutual funds, are not priced until after the market closes.

**ROLLOVER IRA** 118386006

| Symbol | Last Price | Last Price Change | $ Today's Gain/Loss | % Today's Gain/Loss | $ Total Gain/Loss | % Total Gain/Loss | Current Value | % of Account | Quantity | Average Cost Basis | Cost Basis Total | 52-Week Range |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FDRXX HELD IN MONEY MAR... | | | | | | | $1,498.65 | 0.52% | | | | |
| AMZN AMAZON.COM INC | $202.61 | -$8.87 | -$2,439.25 | -4.20% | +$6,080.25 | +12.24% | $55,717.75 | 19.40% | 275 | $180.50 | $49,637.50 | $139.52 $215.90 |
| RTX RTX CORPORATION C... | $118.53 | +$0.24 | +$212.88 | +0.20% | +$30,434.13 | +40.74% | $105,136.11 | 36.61% | 887 | $84.22 | $74,701.98 | $78.00 $128.70 |
| VYM VANGUARD WHITEHA... | $130.70 | -$0.43 | -$410.65 | -0.33% | +$17,415.45 | +16.21% | $124,818.50 | 43.46% | 955 | $112.46 | $107,403.05 | $104.23 $133.45 |
| Account Total | | | -$2,637.02 | -0.91% | +$53,929.83 | +23.27% | $287,171.01 | | | | | |

Securities Priced Today **$2,637.02**
Securities Not Priced Today **$0.00**

Some securities, such as mutual funds, are not priced until after the market closes.

ttps://digital.fidelity.com/ftgw/digital/portfolio/positions

**Cash Management (Joint WROS - TOD)** X42758124

| | | | | | | |
|---|---|---|---|---|---|---|
| **CORE**<br>FDIC INSURED DEPO. | | | | | $6,998.11 | 100.00% |
| **Account Total** | $0.00 | 0.00% | $0.00 | 0.00% | $6,998.11 | |

Securities Priced Today $0.00
Securities Not Priced Today $0.00

Some securities, such as mutual funds, are not priced until after the market closes.

**INDIVIDUAL - TOD** Z67622044

| | | | | | | |
|---|---|---|---|---|---|---|
| **FDRXX**<br>HELD IN MONEY MAR | | | | | $588.49 | 100.00% |
| **Account Total** | $0.00 | 0.00% | $0.00 | 0.00% | $588.49 | |

Securities Priced Today $0.00
Securities Not Priced Today $0.00

Some securities, such as mutual funds, are not priced until after the market closes.

| | | | | | |
|---|---|---|---|---|---|
| **Grand Total** | $35,498.57 | -1.43% | +$1,102,242.59 | +82.50% | $2,455,024.05 |

Securities Priced Today -$35,498.57
Securities Not Priced Today $0.00

Some securities, such as mutual funds, are not priced until after the market closes.

## Important Information

There was activity on this security today. Check Activity & Orders for details

Adjusted due to previous wash sale disallowed loss. If you sell shares at a loss and you purchase additional shares of the same or a substantially identical security (in the same or a different account) within the 61 day period that begins 30 days before and ends 30 days after the sale, the purchase may result in a wash sale. If a wash sale occurs, the loss from the transaction should be "disallowed" for tax purposes, and the amount of the loss should be added to the cost basis of the newly-purchased shares. Unless otherwise requested or noted, Fidelity adjusts cost basis information related to newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis information related to wash sales triggered by sales and purchases of the same security within different accounts or by sales and purchases of substantially identical securities within the same or different accounts. Fidelity does not apply any wash sale rules to tax lots with customer or 3rd-party provided cost basis. You must check your own records across all of your Fidelity and non-Fidelity accounts to ensure that you are correctly accounting for losses related to any wash sales

Indicates an Earnings event exists within 5 calendar days. Earnings beat or miss is based on the actual earnings compared to the IBES consensus estimate

Indicates a Dividend or Capital Gains Distribution exists

* Indicates that the security has not priced today. Some securities, such as mutual funds, are not priced until after the market closes.

Content and data provided by various third parties and Fidelity. Terms of Use

**Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so investors may have a gain or loss when shares are sold. Current performance may be higher or lower than what is quoted, and investors should visit**

the performance page for most recent month-end performance.

**You could lose money by investing in a money market fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the fund is not a bank account and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Fidelity Investments and its affiliates, the fund's sponsor, is not required to reimburse the fund for losses, and you should not expect that the sponsor will provide financial support to the fund at any time, including during periods of market stress.**

Fidelity's government and U.S. Treasury money market funds will not impose a fee upon the sale of your shares.

*Options trading entails significant risk and is not appropriate for all investors. Certain complex options strategies carry additional risk. Before trading options, please read Characteristics and Risks of Standardized Options. Supporting documentation for any claims, if applicable, will be furnished upon request.*

Fidelity does not provide legal or tax advice. The information herein is general and educational in nature and should not be considered legal or tax advice. Tax laws and regulations are complex and subject to change, which can materially impact investment results. Fidelity cannot guarantee that the information herein is accurate, complete, or timely. Fidelity makes no warranties with regard to such information or results obtained by its use, and disclaims any liability arising out of your use of, or any tax position taken in reliance on, such information. Consult an attorney or tax professional regarding your specific situation.

Fidelity Stock Plan Services, LLC, provides recordkeeping and/or administrative services to your company's equity compensation plan, in addition to any services provided directly to the plan by your company or its service providers.

Investment advisory services are provided through Fidelity Personal and Workplace Advisors LLC (FPWA), a registered investment adviser, for a fee. Brokerage services are provided through Fidelity Brokerage Services LLC (FBS). Both are Fidelity Investments companies. Fidelity advisors are licensed representatives of FPWA and registered representatives of FBS. Whether a Fidelity advisor provides advisory or brokerage services to you will depend on the products and services you choose.

**IMPORTANT: The projections or other information generated by the Planning & Guidance Center's Retirement Analysis regarding the likelihood of various investment outcomes are hypothetical in nature, do not reflect actual investment results, and are not guarantees of future results. Your results may vary with each use and over time.**

Fidelity Crypto® is offered by Fidelity Digital Assets℠. Investing involves risk, including risk of total loss. Crypto as an asset class is highly volatile, can become illiquid at any time, and is for investors with a high risk tolerance. Crypto may also be more susceptible to market manipulation than securities. Crypto is not insured by the Federal Deposit Insurance Corporation or the Securities Investor Protection Corporation. Investors in crypto do not benefit from the same regulatory protections applicable to registered securities. Fidelity Crypto® accounts and custody and trading of crypto in such accounts are provided by Fidelity Digital Asset Services, LLC, which is chartered as a limited purpose trust company by the New York State Department of Financial Services to engage in virtual currency business (NMLS ID 1773897). Brokerage services in support of securities trading are provided by Fidelity Brokerage Services LLC ("FBS"), and related custody services are provided by National Financial Services LLC ("NFS"), each a registered broker-dealer and member NYSE and SIPC. Neither FBS nor NFS offer crypto as a direct investment nor provide trading or custody services for such assets. Fidelity Crypto and Fidelity Digital Assets are service marks of FMR LLC. Fidelity Crypto® risk disclosure | Fidelity Crypto® complaints & disclosures

**Before investing in any mutual fund or exchange-traded fund, you should consider its investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus, an offering circular, or, if available, a summary prospectus containing this information. Read it carefully.**

984557.14.0

> Additional important information

Fidelity INVESTMENTS

Copyright 1998-2024 FMR LLC. All rights reserved.

Terms of Use | Privacy | Security | Site Map | Accessibility | Contact Us | Share Your Screen

This is for persons in the U.S. only.