INSTRUMENT #: 2026081987, 12 page(s) 03/05/2026
at 02:21:11 PM, Deputy Clerk: MWALKER
INT. TAX PD (F.S. 199) $0.00
DOC TAX PD (F.S. 201.08) $0.00
VICTOR D. CRIST, CLERK OF CIRCUIT COURT
HILLSBOROUGH COUNTY

Executed March 3rd, 2026

Belinda Khaghan (nee Belinda Wilcox)
94 Southfield Avenue Apt 204
Stamford, Connecticut 06902

AFFIDAVIT

On necessity, I, Belinda Khaghan (nee Belinda Wilcox) daughter of the Late Howard Wilcox I am Beneficiary and have inherited of a sum equal to a fifty percent (50%) share of the now (Irrevocable) The Howard Wilcox Revocable (Irrevocable as of the date of his death September 8, 2024) Trust including rest, remainder and residue including estate of my late father for my benefit for my lifetime. Howard Wilcox being the Trustor/Trustee during his lifetime (Date of Death September 8, 2024).

My late father (date of death September 8, 2024) Howard Wilcox being the Trustor/Trustee during his lifetime of the Howard Wilcox Revocable (Irrevocable since his date of death September 8, 2024) Trust, personally signed and dated on October 29, 2018 as Trustor/Trustee during his lifetime, he personally signed before a Notary with two witnesses the Howard Wilcox Revocable (Irrevocable since his date of death September 8, 2024) Trust as Trustor/Trustee.

My father the late Howard Wilcox Date of Birth August 26, 1939, Social Security Number 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. There was only one specific bequest to his companion Josephine Cairo of $50,000 Free of Trust. Only, Josephine Cairo personally (not one mention of a trust for his companion Josephine Cairo) on the Howard Wilcox Revocable (Irrevocable since his date of death September 8, 2024) Trust personally signed and dated on October 29, 2018 as Trustor/Trustee during his lifetime. Late Howard Wilcox (date of death September 8, 2024) and Josephine Caio each owned a 50% Share of 2112 Sifield Greens Way, Sun City Center, Florida 33573. There was only one Agreement in the Howard Wilcox Revocable (Irrevocable since his date of death September 8, 2024) Trust personally signed and dated on October 29, 2018 of my late father Howard Wilcox being Trustor/Trustee during his lifetime. The only agreement was that Josephine Cairo could buy out his (my late father Howard Wilcox) undivided fifty 50% Share of 2112 Sifield Greens Way, Sun City Center, Florida 33573.

Myself, his daughter and next of kin Belinda Khaghan (nee Belinda Wilcox) and my brother his son, Ronald Wilcox we each individually inherited 25% share of the fifty 50% Share (my late father Howard Wilcox date of death September 8, 2024) during his lifetime his fifty 50% ownership of 2112 Sifield Greens Way, Sun City Center, Florida 33573. County of Hillsborough in the State of Florida.

My father the late Howard Wilcox being the Trustor/Trustee during his lifetime of the now **(Irrevocable)** Howard Wilcox Revocable Trust dated October 29, 2018. (Irrevocable since the Date of his Death September 8, 2024.) There are only two beneficiaries myself his daughter and next of kin Belinda Khaghan (nee Belinda Wilcox) Inheriting being the first beneficiary distribution of a sum equal to a fifty 50% Share including rest, remainder and residue including estate of my late father Howard Wilcox Trustor/Trustee during his lifetime of the now (Irrevocable as of the date of his death September 8, 2024) Howard Wilcox Revocable Trust personally signed and dated October 29, 2018. The late Howard Wilcox as Trustor/Trustee Date of Death September 8, 2024 residing at 2112 Sifield Greens Way, Sun City Center, Florida 33573. County of Hillsborough. State of Florida.

Being Second, and only other Beneficiary Ronald Wilcox, his son of the Late Howard Wilcox Inheriting of a sum equal to a fifty (50%) share of the now (Irrevocable) Trustor/Trustee of the Howard Wilcox Revocable (Irrevocable as of his date of death September 8, 2024) Trust personally signed and dated on October 29, 2018) including rest, remainder and residue and estate. The fifty 50% Share Allocated to his son, Ronald Wilcox outright and Free of Trust from his late father Howard Wilcox Trustor/Trustee during his lifetime of the now (Irrevocable as of the date of his death September 8, 2024) Howard Wilcox Revocable Trust personally signed and dated October 29, 2018.

There were no other bequests from my later father Howard Wilcox Trustor/Trustee during his lifetime (Date of Death September 8th, 2024) of the now (Irrevocable) Howard Wilcox Revocable Trust personally signed and dated October 29th, 2018.

There were no gifts bequeathed from my later father Howard Wilcox Trustor/Trustee during his lifetime (Date of Death September 8th, 2024) of the now (Irrevocable) Howard Wilcox Revocable Trust personally signed and dated October 29th, 2018.

My late father Howard Wilcox Date of Death September 8th, 2024. Attached Death Certificate of my late father Howard Wilcox filed in the County of Hillsborough in the State of Florida.

On necessity, As his daughter fifty 50% Beneficiary Belinda Khaghan (nee Belinda Wilcox) single/divorced residing at 94 Southfield Avenue, Apt 204, Stamford, Connecticut 06902. County of Fairfield. State of Connecticut. I, Belinda Khaghan (nee Belinda Wilcox) as 50% Beneficiary including rest, remainder and residue of my father the late Howard Wilcox, Howard Wilcox being Trustor/Trustee during his lifetime (Date of Death September 8th, 2024) of the now (Irrevocable) Howard Wilcox Revocable Trust personally signed and dated October 8th, 2018.

Howard Wilcox Date of Death September 8th, 2024 residing at 2112 Sifield Green Way, Sun City Center, Florida 33573. I am filing this instrument at the Hillsborough County Center at 419 Pierce Street, Tampa, Florida 33602.

The witness, whose names are signed to this instrument in those capacities, personally appearing before the undersigned authority and first being duly sworn, do hearby declare to the undersigned authority under penalty of perjury that Belinda Khaghan (nee Belinda Wilcox) declared, signed for the purposes therein expressed; and each of the witnesses, at the request of Belinda Khaghan (nee Belinda Wilcox) that Yolanda Wilcox and Demetrius Bunkley hearing and presence of the each other, signed as witness as that Belinda Khaghan (nee Belinda Wilcox) was present at the time eighteen (18) years of age or older, of sound mind and under no constraint or undue influence.

Belinda Khaghan (nee Belinda Wilcox)

Belinda Khaghan (nee Belinda Wilcox)
94 South Avenue Apt 204
Stamford, Connecticut 06902

Yolanda Wilcox Sheerin

Yolanda Wilcox Sheerin (nee Yolanda Ibarra) Witness One
1552 Golden Ridge Drive
The Villages, Florida 32162

Demetrius Bunkley

Demetrius Bunkley Witness Two
503 E Jackson Street
Tampa, Florida 33602

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me by means of [ ] physical presence this 3 day of March, 2026, by Belinda Khaghan (nee Belinda Wilcox)

Personally known [ ] OR produced identification

OR produced identification ✓ Type of identification produced: Belinda Khaghan - US passport - A66697668 / connecticut Insurance card residential lease Yolanda Wilcox - FL Drivers Licence / Demetrius Bunkley - Florida Drivers Licence

Notary Public [signature]

HELEN SCOTT
Notary Public - State of Florida
Commission # HH 723883
My Comm. Expires Oct 4, 2029
Bonded through National Notary Assn.

RECITALS AND CONVEYANCE

WHEREAS, I, Howard Wilcox, desire to establish a trust of which, during my lifetime, I am the sole beneficiary and the exclusive recipient of the economic benefits;

WHEREAS, this trust shall be initially funded with the sum of Ten Dollars ($10.00) in cash; such sum and any assets later added to the trust shall be known as the "trust fund" and shall be held, administered and distributed as provided in this document and any subsequent amendments to this document;

Powers Terminate on Death. On my Death, this Trust Agreement may not be amended, revoked or terminated.

NOW, THEREFORE, the Trustee acknowledges receipt of the trust fund and shall hold the same in trust under the following terms, conditions and provisions:

ARTICLE II

DECLARATIONS

2.A.Name. This trust shall be known as THE HOWARD WILCOX REVOCABLE

2.B. Family. I am a single/Divorce Man. My significant other is Josephine Cairo. I have three children, namely, Howard Wilcox, Jr., born on November 9, 1960; Belinda Wilcox, born on August 7, 1963; and Ronald Wilcox, born on April 7, 1966.

2.C. Only Prior Agreement. Josephine Cairo and I have an agreement dated August 1, 2006, that she shall have the right to purchase my fifty percent (50%) undivided interest in the real property located at 2112 Sifield Greens Way, Sun City Center, Florida, 33573.

After my death, the Trustee shall render an annual accounting to each beneficiary,

Appointment of Trustee. If there is no Trustee acting hereunder, than the beneficiary (Belinda Khaghan (nee Wilcox) shall appoint a successor Trustee by an instrument in writing.

Compensation A Trustee shall be entitled to receive compensation for its services.

The Records of the Trustee shall be open at all reasonable times to such inspections of the Accounting.

If the Trustee has received actual notice, than the Trustee shall be liable if the Trustee has received actual written notice of the occurrence of an event affecting the beneficial interest of the Trust.

Contracts. To enter into contracts which are REASONABLY incident to the administration of the Trust.

Release of Powers. Trustee shall have the power to release or restrict the power that such Trustee may hold in the connection of the Trust with a written instrument to the beneficiary.

Deals with Fiduciaries. To buy from, sell to and generally deal with the Trustee Individual and as a Fiduciary.

Manage and Control. To manage, control, sell at public or private sale. Defend actions and proceedings in respect to the Trust Fund and secure such insurance.

Bank Accounts. To open and maintain banks accounts in the name of the Trustee with any Bank, Trust Company or Savings and Loan authorized and doing business in the United States. Make Deposits or Withdrawals upon given written notice of such designation to the Bank, Trust Company or Savings and Loan.

Receive Assets. To receive, take possession of, sue for, recover and preserve the assets of the Trust Fund, both Real and Personal coming to its attention or knowledge, and the rents, issues and profits arising from such assets.

Tax Consequences. To prepare and file returns and arrange for payment with respect to all Local, State, Federal and Foreign Taxes to the Trust. To minimize the tax liabilities of this trust and its Beneficiaries. Only Two Beneficiaries. 50% Fifty Percent Beneficiary of the Trust/Estate Remainder, Rest and Residue (Belinda Khaghan (nee Belinda Wilcox). 50% Fifty Percent Beneficiary of the Trust/Estate Remainder, Rest and Residue. Ronald Wilcox receives his 50% Trust/Estate Remainder, Rest and Residue it is made into one share, he receives the one share outright and is then Free of Trust. Only Beneficiary remaining is my daughter Belinda Khaghan (nee Belinda Wilcox)

Any federal and/or state death taxes imposed on any trust assets, or on any assets included in my taxable estate not part of the trust fund (or not added to the trust fund following my death) shall be paid from the residue of the Trust Estate (i.e., after any specific distributions) and shall not be pro-rated among the beneficiaries and/or trusts who actually receive such property.

Provided however: (a) No death taxes shall be apportioned to, charged against or paid from any gift made to a charitable organization that qualifies for a charitable deduction under §2055 of the Code. (b) No death taxes shall be apportioned to, charged against or paid from

any property qualifying for the marital deduction under §2056 of the Code. (c) No death taxes shall be apportioned to, charged against or paid from any other property excluded from the imposition of death taxes by reason of any exemption, exclusion, or deduction applicable to the property, or Any federal and/or state death taxes imposed on any trust assets, or on any assets included in my taxable estate not part of the trust fund (or not added to the trust fund following my death) shall be paid from the residue of the Trust Estate (i.e., after any specific distributions) and shall not be pro-rated among the beneficiaries and/or trusts who actually receive such property. Provided however: (a) No death taxes shall be apportioned to, charged against or paid from any gift made to a charitable organization that qualifies for a charitable deduction under §2055 of the Code.

(b) No death taxes shall be apportioned to, charged against or paid from any property qualifying for the marital deduction under §2056 of the Code. No death taxes shall be apportioned to, charged against or paid from any property qualifying for the marital deduction under §2056 of the Code.

(c) No death taxes shall be apportioned to, charged against or paid from any other property excluded from the imposition of death taxes by reason of any exemption, exclusion, or deduction applicable to the property, or because of

(i) provisions of my Will or this Trust Agreement that expressly exclude the property from taxation;

(ii) the relationship between me and the beneficiary of the property; or (iii) the character of the property. All such property shall pass free of death taxes. All death taxes imposed on property includible in my gross taxable estate under $2041 of the Code by reason of a general power of appointment held by me shall be charged to and paid from the property subject to the power.

Further, I direct that the amount of the general power of appointment property equal to the death taxes attributable to the value of the property shall be paid to the Trustee, to be held in this trust and used to pay death taxes. The amount of death taxes attributable to the property shall equal (i) the amount of all death taxes imposed on my taxable estate (including the value of the general power of appointment property), less (ii) the amount of all death taxes that would have been imposed on my taxable estate excluding the value of the general power of appointment property. The rules promulgated under §$2207 of the Code shall apply in determining the amount of the incremental tax to be paid from the general power of appointment property. (e) Any increment in death taxes attributable to other property in which I had a life interest or a term interest that did not end prior to my death (including a life estate or life income interest) and which is included in my gross

taxable estate shall be borne by the holder or recipient of that property Notwithstanding the general language of this subparagraph 6.E., the state inheritance tax, if any, based on the relationship of the beneficiary to me shall be paid by each beneficiary who has received a distribution of the Trust Estate which gives rise to such tax. (3) Such authorized payments shall specifically exclude the payment of any generation-skipping transfer tax which shall be specifically borne by the asset giving rise to such tax.

Distribution at My Death. On my death, the Trustee shall hold, administer and distribute the trust fund,

Tangible Personal Property. The Trustee shall distribute my tangible personal property in accordance with any written instructions left by me. The remainder of my personal property, or all of it if no such instructions are left, shall be added to the residuary of the Trust Estate and shall be distributed in accordance with the provisions set forth below pertaining to the residue of my estate.

Specific Bequest. The Trustee shall distribute the sum of fifty thousand dollars ($50,000.00) to Josephine Cairo, now of Sun City Center, Florida, to her, outright, free of trust.

Residuary Estate - Special Trust. The Trustee shall hold, administer and distribute a sum equal to a fifty percent (50%) share of the rest, remainder and residue of the Trust Estate for the benefit of Belinda during her lifetime in further trust This Special Trust is created for the benefit of my daughter, Belinda Wilcox (hereinafter also referred to as Belinda). The Trustee shall regularly consult with Belinda During the lifetime of Belinda, the Trustee shall pay over to or for the benefit of Belinda as much of the net income and as much of the principal of the Special Trust, up to the whole thereof,

Residuary Estate. The Trustee shall divide the rest, residue and remainder of the Trust Estate into one (1) share. The one share, consisting of fifty percent (50%) of the Trust Estate, shall be allocated to Ronald Wilcox. The share shall thereafter be distributed as hereafter provided: (a) The Trustee shall distribute the respective share of the Trust Estate allocated to Ronald Wilcox to him, outright and free of trust.

Omission. I am specifically making no provisions for my son, Howard Wilcox, Jr., as he has no need of my bounty.

Executed on October 29, 2018, at Sun City Center, Hillsborough County, Florida.

Howard Wilcox, Trustor
2112 Sifield Greens Way
Sun City Center, Florida 33573

**TRUSTEE ACKNOWLEDGEMENT**

I hereby acknowledge receipt of the trust fund, accept the terms of THE HOWARD WILCOX REVOCABLE TRUST, and covenant that I will execute the trust with all due fidelity.

Howard Wilcox, Trustee
2112 Sifield Greens Way
Sun City Center, Florida 33573

**WITNESSES**

The foregoing instrument, titled THE HOWARD WILCOX REVOCABLE TRUST, was signed in our presence by Howard Wilcox. Howard Wilcox declared to us, the undersigned, that the foregoing instrument was his/her Living Trust, and requested us to act as witnesses to it. We declare that we are of sound mind and of proper age to be witnesses and that to the best of our knowledge, Howard Wilcox is of legal age, of sound mind, and under no constraint or undue influence. Howard Wilcox thereupon signed this Living Trust in our presence, all of us being present at the same time. We now, at his/her request, in his/her presence, and in the presence of each other, subscribe our names below as witnesses. Under the penalty of perjury, we declare these statements are true and correct this 29th day of October, 2018, at Sun City Center, Hillsborough County, State of Florida.

| | |
|---|---|
| | (Signature of Witness #1) |
| Martin Sarner | (Printed name of Witness #1) |
| 2105 Sifield Greens Way | (Address of Witness #1, Line 1) |
| Sun City Center, Florida 33573 | (Address of Witness #1, Line 2) |
| | (Signature of Witness #2) |
| Barbara Sarner | (Printed name of Witness #2) |
| 2105 Sifield Greens Way | (Address of Witness #2, Line 1) |
| Sun City Center, Florida 33573 | (Address of Witness #2, Line 2) |

**SELF-PROVING AFFIDAVIT**

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

We, Howard Wilcox, the Testator, Martin Sarner and Barbara Sarner, the witnesses, whose names are signed to the attached instrument in those capacities, personally appearing before the undersigned authority and first being duly sworn, do hereby declare to the undersigned authority under penalty of perjury that the Testator declared, signed, and executed the instrument as his/her Last Will and Testament; he/she signed it willingly or willingly directed another to sign for him/her; he/she executed it as his/her free and voluntary act for the purposes therein expressed; and each of the witnesses, at the request of the Testator, in his or her hearing and presence, and in the presence of each other, signed the Will as witness and that to the best of his/her knowledge the Testator was at the time eighteen (18) years of age or older, of sound mind and under no constraint or undue influence.

| | |
|---|---|
| [signature] | (Signature of Testator) |
| Howard Wilcox | (Printed name of Testator) |
| 2112 Sifield Greens Way | (Address of Testator, Line 1) |
| Sun City Center, Florida 33573 | (Address of Testator, Line 2) |
| [signature] | (Signature of Witness #1) |
| Martin Sarner | (Printed name of Witness #1) |
| 2105 Sifield Greens Way | (Address of Witness #1, Line 1) |
| Sun City Center, Florida 33573 | (Address of Witness #1, Line 2) |
| [signature] | (Signature of Witness #2) |
| Barbara Sarner | (Printed name of Witness #2) |
| 2105 Sifield Greens Way | (Address of Witness #2, Line 1) |
| Sun City Center, Florida 33573 | (Address of Witness #2, Line 2) |

**CERTIFICATE OF ACKNOWLEDGEMENT OF NOTARY PUBLIC**

Subscribed, sworn, and acknowledged before me, Sherry A. Wood, a notary public, by Howard Wilcox, the Testator, who is personally known to me or who has produced a Driver's License as identification, and sworn and subscribed before me by the witnesses, Martin Sarner, who is personally known to me or who has produced a Driver's License as identification, and Barbara Sarner, who is personally known to me or who has produced a Driver's License as identification, and subscribed by me in the presence of the Testator and both of the subscribing witnesses, all on this 29th day of October, 2018.

[signature]
Sherry A. Wood, Notary Public
My commission expires: 11/07/2020

SHERRY A. WOOD
MY COMMISSION # GG 028014
EXPIRES: November 7, 2020
Bonded Thru Notary Public Underwriters

**AFFIDAVIT**

STATE OF FLORIDA, COUNTY OF HILLSBOROUGH

IN WITNESS WHEREOF, I, Howard Wilcox, the Trustor/Trustee, have signed my name to this instrument on this 29th day of October, 2018, and being duly sworn, do hereby declare to the undersigned authority and the undersigned witnesses that I signed and executed this instrument, that I signed it willingly (or willingly directed another to sign for me), that I executed it as my free and voluntary act for the purposes therein expressed, and that I am of legal age, of sound mind, and under no constraint or undue influence.

Howard Wilcox, Trustor/Trustee
2112 Sifield Greens Way
Sun City Center, Florida 33573

**WITNESSES**

We, Martin Sarner and Barbara Sarner, the witnesses, sign our names to this instrument, and, being duly sworn, do hereby declare to the undersigned authority that Howard Wilcox, the Trustor/Trustee, signed and executed this instrument and that the Trustor/Trustee signed it willingly (or willingly directed another to sign for him/her), and that each of us, in the presence and hearing of the Trustor/Trustee, hereby signs this instrument as witness to the Trustor's/Trustee's signing, and that to the best of our knowledge the Trustor/Trustee is of legal age, of sound mind, and under no constraint or undue influence.

| | |
|---|---|
| Martin Sarner | (Signature of Witness #1) |
| 2105 Sifield Greens Way | (Printed name of Witness #1) |
| Sun City Center, Florida 33573 | (Address of Witness #1, Line 1) |
| | (Address of Witness #1, Line 2) |
| Barbara Sarner | (Signature of Witness #2) |
| 2105 Sifield Greens Way | (Printed name of Witness #2) |
| Sun City Center, Florida 33573 | (Address of Witness #2, Line 1) |
| | (Address of Witness #2, Line 2) |

**CERTIFICATE OF ACKNOWLEDGEMENT OF NOTARY PUBLIC**

Subscribed, sworn, and acknowledged before me, Sherry A. Wood, a notary public, by Howard Wilcox, the Trustor/Trustee, who is personally known to me or who has produced a Driver's License as identification, and sworn and subscribed before me by the witnesses, Martin Sarner, who is personally known to me or who has produced a Driver's License as identification, and Barbara Sarner, who is personally known to me or who has produced a Driver's License as identification and subscribed by me in the presence of the Trustor/Trustee and both of the subscribing witnesses, all on this 29th day of October, 2018.

Sherry A. Wood, Notary Public
My commission expires: 11/7/2020

SHERRY A. WOOD
MY COMMISSION # GG 028014
EXPIRES: November 7, 2020
Bonded Thru Notary Public Underwriters

Instrument #: 2025528548, Pg 1 of 1, 12/15/2025 4:29:42 PM Deputy Clerk: OSERVICE Victor D. Crist, Clerk of the Circuit Court Hillsborough County

STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2024146806

**DATE ISSUED:** SEPTEMBER 12, 2024

**DATE FILED:** SEPTEMBER 12, 2024

## DECEDENT INFORMATION

NAME: HOWARD WILCOX

DATE OF DEATH: SEPTEMBER 8, 2024
SEX: MALE
AGE: 085 YEARS
DATE OF BIRTH: AUGUST 26, 1939
SSN: ***-**[redacted]
BIRTHPLACE: NEW YORK, NEW YORK, UNITED STATES
PLACE WHERE DEATH OCCURRED: INPATIENT
FACILITY NAME OR STREET ADDRESS: HCA FLORIDA SOUTH SHORE HOSPITAL
LOCATION OF DEATH: SUN CITY CENTER, HILLSBOROUGH COUNTY, 33573
RESIDENCE: 2112 SIFIELD GREENS WAY, SUN CITY CENTER, FLORIDA 33573, UNITED STATES
COUNTY: HILLSBOROUGH
OCCUPATION, INDUSTRY: MASTER ELECTRICIAN, ELECTRICIAN
EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE
EVER IN U.S. ARMED FORCES? YES
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION

(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: DIVORCED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: BASIL WILCOX
MOTHER'S/PARENT'S NAME: LOUISA PLUMEY

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: JOSEPHINE CAIRO
RELATIONSHIP TO DECEDENT: PARTNER
INFORMANT'S ADDRESS: 2112 SIFIELD GREENS WAY, SUN CITY CENTER, FLORIDA 33573, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: ASPEN DONOHUE, F343376
FUNERAL FACILITY: SUN CITY CENTER FUNERAL HOME F145736
1851 RICKENBACKER DRIVE, SUN CITY CENTER, FLORIDA 33573
METHOD OF DISPOSITION: REMOVAL FROM STATE
PLACE OF DISPOSITION: GREENWOOD UNION CEMETERY
RYE, NEW YORK

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN
MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 0002
DATE CERTIFIED: SEPTEMBER 9, 2024
CERTIFIER'S NAME: JASON CHRISTOPER STIBICH
CERTIFIER'S LICENSE NUMBER: ME76668
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT ENTERED

The first five digits of the decedent's Social Security Number have been redacted pursuant to §119.071(5), Florida Statutes.

Ken Jones, STATE REGISTRAR

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

REQ: 2026928187

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

GREAT SEAL OF THE STATE OF FLORIDA · IN GOD WE TRUST

*4773OO73*

DH FORM 1946 (08/01/2022)

CERTIFICATION OF VITAL RECORD

Florida HEALTH

VOID IF ALTERED OR ERASED

VOID IF ALTERED OR ERASED

STATE OF FLORIDA
(COUNTY OF HILLSBOROUGH)
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN MY OFFICE. WITNESS MY HAND AND OFFICIAL SEAL THIS 3 DAY OF March 20 26
Victor D. Crist, Clerk of the Circuit Court
Hillsborough County, Florida
BY ________ D.C.
Deputy Clerk

STATE OF FLORIDA
(COUNTY OF HILLSBOROUGH)
THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN MY OFFICE. WITNESS MY HAND AND OFFICIAL SEAL THIS 26 DAY OF February 20 26
Victor D. Crist, Clerk of the Circuit Court
Hillsborough County, Florida
BY ________ D.C.
Deputy Clerk

SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

BELINDA
KHAGHAN

SIGNATURE

07/26/2023

USA

# THE CITY OF NEW YORK

VITAL RECORDS CERTIFICATE

## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health and Mental Hygiene, City of New York.

DATE OF BIRTH AUGUST 07, 1963

CERTIFICATE No. 156-63-214141

BOROUGH BRONX

DATE FILED 08-09-1963

DATE ISSUED 01-25-2021

NAME BELINDA WILCOX ***

SEX FEMALE

MOTHER/PARENT'S NAME YOLANDA IBARRA

FATHER/PARENT'S NAME HOWARD WILCOX

Gretchen Van Wye, PhD, City Registrar

The City of New York

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

ONL20210138559

115C000025092

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE